IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

NOVA S.,

        Plaintiff,

v.                                                           CIVIL ACTION NO. 2:24-cv-00066

MARTIN J. O'MALLEY,

        Defendant.

## ORDER

This action was referred to United States Magistrate Judge Joseph K. Reeder for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On November 12, 2024, Magistrate Judge Reeder submitted his Proposed Findings & Recommendations [ECF No. 9] ("PF&R") and recommended that the court deny Plaintiff's request for judgment on the pleadings; grant the Commissioner's request for judgment on the pleadings; affirm the Commissioner's decision; and dismiss this action. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES without prejudice** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 2, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE